[No. 22562-6-I. Division One. January 16, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN J. SCROGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Island

County, No. 88-1-00002-7, Howard A. Patrick, J., entered June 15, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Forrest, JJ.